UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CONSTANCE A. PRICE, as the Administratix of the Estate of COREY L. PRICE, Deceased, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )   1:12-cv-408-RLY-DML<br>) |
| THE MARION COUNTY SHERIFF'S DEPARTMENT, TED FRIES, BRIAN S. KOTARSKI, ANDREW DALSTROM, and the CITY OF INDIANAPOLIS acting by and through its Fire Department and its Metropolitan Police Department, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## FINAL JUDGMENT

The court, having granted Defendants' motion for summary judgment, now enters final judgment in favor of the Defendants and against the Plaintiff, Constance Price, as the Administratix of the Estate of Corey L. Price, Deceased.

**SO ORDERED** this 23rd day of September 2013.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1